# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

**MARILEE MORIN,**

        **Plaintiff,**

v().

**ASSET ACCEPTANCE, LLC.;**
**and DOE 1-5,**

       **Defendants.**

       **Civil Action No. 1:13-cv-300**

_____

## NOTICE OF SETTLEMENT

    **NOTICE IS HEREBY GIVEN** that plaintiff Marilee Morin and defendant Asset Acceptance, LLC. have reached a settlement in the above-captioned case. The plaintiff will file a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) once the settlement is fully consummated.

Date:  April 25, 2013                               s/ Robert Amador

                                                _____
Robert Amador, Esq.
Attorney for Plaintiff  MARILEE MORIN
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888)535-8267 fax
R.Amador@centenniallawoffices.com

2

## CERTIFICATE OF SERVICE

I certify that on this date, April 25, 2013, I mailed a copy of the foregoing

NOTICE OF SETTLEMENT, First Class U.S. Mail, to the following party:

ASSET ACCEPTANCE, LLC.
28405 Van Dyke
Warren, MI 48093

                                               s/ Robert Amador
                                    _____
                                    Robert Amador, Esq.
                                    Attorney for Plaintiff  MARILEE MORIN
                                    9452 Telephone Rd. 156
                                    Ventura, CA. 93004
                                    (888)308-1119 ext. 11
                                    (888)535-8267 fax
                                    R.Amador@centenniallawoffices.com