UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARILEE MORIN,

    Plaintiff,

v.                                    Case No. 1:13-cv-300

                                      HON. JANET T. NEFF

ASSET ACCEPTANCE, LLC.,
and DOE 1-5,,

    Defendant.
_____/

## ORDER

The Court having been informed through the filing of a Notice of Settlement (Dkt. 8) of the parties' agreement to settle this matter,

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared for entry by Janet T. Neff, United States District Judge, shall be filed with the Court by May 24, 2013.


Dated:  April 25, 2013                 /s/ Janet T. Neff
                                           JANET T. NEFF
                                           UNITED STATES DISTRICT JUDGE