# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

**MARILEE MORIN,**

        **Plaintiff,**

v.

**ASSET ACCEPTANCE, LLC.;**
**and DOE 1-5,**

    **Defendants.**

_____

Civil Action No. 1:13-cv-300

## NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the entire action with prejudice.

Date: May 23, 2013

s/ Robert Amador
_____
Robert Amador, Esq.
Attorney for Plaintiff  MARILEE MORIN
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888)535-8267 fax
R.Amador@centenniallawoffices.com

1

2

## CERTIFICATE OF SERVICE

We certify that on this date, May 23, 2013, we mailed a copy of the foregoing NOTICE OF SETTLEMENT, First Class U.S. Mail, to the following party:

ASSET ACCEPTANCE, LLC.
28405 Van Dyke
Warren, MI 48093

                                                s/ Robert Amador
                                      _____
                                      Robert Amador, Esq.
                                      Attorney for Plaintiff MARILEE MORIN
                                      9452 Telephone Rd. 156
                                      Ventura, CA. 93004
                                      (888)308-1119 ext. 11
                                      (888)535-8267 fax
                                      R.Amador@centenniallawoffices.com

2